UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOHAMMAD MASHASHIN,<br><br>Petitioner,<br><br>v.<br><br>JULIO HERNANDEZ, et al.,<br><br>Respondents. | CASE NO. 2:26-cv-01804-JHC<br><br>ORDER |

Having considered the request for an Expedited Briefing Schedule, Dkt. # 7, the Court ORDERS as follows:

(1) Federal Respondents shall file a return to the habeas petition no later than June 10, 2026. The return shall be noted on the Court's motion docket for the due date of the Petitioner's traverse. Any arguments that the petition should be dismissed shall be made in the return and not by separate motion. The return shall be filed using the "Response to Habeas Petition" CM/ECF filing event.

(2) Any traverse by Petitioner shall be filed no later than June 15, 2026.

IT IS SO ORDERED.

ORDER - 1

Dated this 2nd day of June, 2026.

John H. Chun
United States District Judge

ORDER - 2